**Juan Ramirez JUAREZ; Martha Leticia Ramirez Mosqueda, Petitioners,**

**v.**

**Michael B. MUKASEY,\* Attorney General, Respondent.**

**No. 06–72525.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.\*\*

Filed Dec. 28, 2007.

---

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Elsa I. Martinez, Esq., Martinez Goldsby & Associates, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security San Francisco, CA, Richard M. Evans, Esq., Virginia Lum, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE and HAWKINS, Circuit Judges.

## MEMORANDUM ***

Juan Ramirez Juarez and Martha Leticia Ramirez Mosqueda, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an Immigration Judge's ("IJ") decision denying their appli-

*** This disposition is not appropriate for publication and is not precedent except as provid-

cation for cancellation of removal. To the extent we have jurisdiction it is conferred by 8 U.S.C. § 1252. We review de novo claims of constitutional violations in immigration proceedings. *See Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We dismiss in part and deny in part the petition for review.

■ We lack jurisdiction to review Petitioners' due process claim regarding the exclusion of evidence because it was not exhausted before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

■ Petitioners' argument that the court's lack of judicial review over discretionary decisions violates their due process rights is unpersuasive.

**PETITION FOR REVIEW DISMISS in part; DENIED in part.**